UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| GALVESTER HOWARD JOHNSON #224744, | Case No. 1:06-cv-778 |
|---|---|
| Petitioner, | HONORABLE PAUL MALONEY |
| v. | Magistrate Judge Ellen S. Carmody |
| CINDI CURTIN, | |
| Respondent. | |

## **JUDGMENT**

Final judgment is hereby entered in favor of respondent Curtin and against the petitioner.

**IT IS SO ORDERED this 25th day of January 2010.**

          /s/ Paul L. Maloney
          Honorable Paul L. Maloney
          Chief United States District Judge